United States Steel Corporation *v.* Monongahela & Ohio Dredging Co., Appellant.

Argued March 19, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and MCBRIDE, JJ.

*Guy L. Warman*, with him *John A. Metz, Jr., Robert G. MacAlister*, and *Metz, Cook, Hanna & Kelly*, for appellant.

*Frank W. Ittel*, with him *Reed, Smith, Shaw & McClay*, for appellee.

Opinion Per Curiam, April 20, 1959:

The judgment in the above captioned case is affirmed on the opinion of Judge Duff of the Court of Common Pleas of Allegheny County.